IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JANINE BILYEU )
) No. 3-05-0579
v. )
)
METROPOLITAN GOVERNMENT OF )
NASHVILLE-DAVIDSON COUNTY )

O R D E R

The defendant's motion for leave to file reply (Docket Entry No. 86) is GRANTED. The defendant filed its reply (Docket Entry No. 87).

The plaintiff's motion to strike reply (Docket Entry No. 88) is DENIED. As the defendant points out in its response to the plaintiff's motion to strike, the motion to strike is really a sur-response to the defendant's reply.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge