IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JANINE BILYEU )
) No. 3-05-0579
v. )
)
METROPOLITAN GOVERNMENT OF )
NASHVILLE-DAVIDSON COUNTY )

O R D E R

     In accordance with the memorandum contemporaneously entered, the plaintiff's motion to reset trial (Docket Entry No. 72) is DENIED, the plaintiff's motion to be heard and motion to set aside (Docket Entry No. 73) is DENIED, the defendant's motion to enforce the parties' settlement agreement and for attorneys' fees (Docket Entry No. 74) is DENIED, the plaintiff's motion in opposition to enforce the parties' settlement agreement and attorney's fees (Docket Entry No. 85) is DENIED,[1] the motion of Trippe S. Fried to be heard (Docket Entry No. 84) is DENIED, and the plaintiff's motion renewing her request to be heard (Docket Entry No. 90) is DENIED.

     It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] The plaintiff's "motion" is really her opposition to the defendant's motion.